1  PHILLIP A. TALBERT
   United States Attorney
2  ROSANNE L. RUST
   ANDRÉ M. ESPINOSA
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   (916) 554-2700
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  CASE NO.  2:15-cr-00176-TLN
                                       )
12          Plaintiff,                 )  **STIPULATION AND ORDER TO CONTINUE**
                                       )  **THE RESTITUTION HEARING**
13      v.                             )
                                       )  DATE: SEPTEMBER 7, 2017
14  SOMALY SIV,                        )  TIME: 9:30AM
                                       )  COURT: HON. TROY L. NUNLEY
15                                     )
            Defendant.                 )
16  _____)

17

18          Plaintiff United States of America, by and through its counsel, Assistant United States Attorney

19  Rosanne L. Rust, and defendant, Somaly Siv, by and through her counsel, Michael Chastaine, hereby

20  stipulate as follows:

21          1.     By previous order, this matter was set for a continued restitution hearing on September

22  7, 2017.

23          2.     The parties agree that this request for continuance seeks to schedule the restitution

24  hearing beyond 90 days from Ms. Siv's sentencing.  The parties agree, however, that "'. . . the purpose

25  behind the statutory ninety-day limit on the determination of victims' losses is not to protect defendants

26  from drawn-out sentencing proceedings or to establish finality; rather, it is to protect crime victims

27  from the willful dissipation of defendants' assets.'"  *United States v. Cienfuegos*, 462 F.3d 1160, 1162-

28  63 (9th Cir. 2006) (quoting *United States v. Zakhary*, 357 F.3d 186, 191 (2d Cir. 2004)).

3.      The parties also agree that sentencing courts are not deprived of their authority to order restitution when they miss the ninety-day deadline "at least where . . . the sentencing court made clear prior to the deadline's expiration that it would order restitution, leaving open (for more than 90 days) only the amount." *Dolan v. United States*, 560 U.S. 605, 608 (2010).

4.      With this in mind and for the reasons articulated herein, by stipulation, the parties now jointly move to continue the restitution hearing until October 26, 2017, so that they may reach a resolution regarding the restitution amount.  The government has submitted a proposed restitution amount to defense counsel and has been trying to resolve this issue.  However, defense counsel has stated that he needs more time to discuss this matter with his client.  Given that, along with defense counsel's litigation schedule this month, the parties request an extension of the restitution hearing.  The government expects that the parties will be able to resolve the restitution amount issue, and be able to submit a stipulation and proposed order to the Court by October 26, 2017, obviating the need for a hearing on this matter.

5.      Accordingly, the parties request that the restitution hearing be continued to October 26, 2017.

IT IS SO STIPULATED.

Respectfully Submitted,

PHILLIP A. TALBERT
United States Attorney

Dated:  September 5, 2017

By:  */s/ Rosanne L. Rust*
ROSANNE L. RUST
Assistant U.S. Attorney

LAW OFFICE OF MICHAEL CHASTAINE

Dated:  September 5, 2017

By:  /s/ *Michael Chastaine*
MICHAEL CHASTAINE
Attorneys for SOMALY SIV

///

///

///

///

2

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The restitution hearing in this matter is continued to October 26, 2017, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated:  September 5, 2017

_____
Troy L. Nunley
United States District Judge