PHILLIP A. TALBERT
United States Attorney
ROSANNE RUST
ANDRÉ ESPINOSA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOMALY SIV,<br><br>Defendant. | CASE NO. 2:15-cr-00176-TLN<br><br>STIPULATION AND ORDER REGARDING RESTITUTION<br><br>DATE: October 26, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

The United States of America, by and through Assistant United States Attorney Rosanne Rust, and defendant Somaly Siv, by and through her counsel Michael Chastaine, respectfully request that the Court vacate the October 26, 2017, restitution hearing and order that defendant Somaly Siv pay restitution in the amount of $82,164.84 for the following reasons:

1. The Court sentenced Somaly Siv on June 1, 2017, but did not order restitution at the time of sentencing. Instead, the matter of restitution was set to be determined at a later restitution hearing scheduled for August 24, 2017. ECF No. 182.

2. On or about August 22, 2017, this Court granted the parties' joint request to continue the restitution hearing to September 7, 2017. ECF No. 221.

3. On or about September 5, 2017, this Court granted the parties' joint request to continue the restitution hearing again to October 26, 2017. ECF No. 240.

4. Since the sentencing hearing, the parties have conferred regarding the proper restitution amount in this case. Pursuant to those discussions, the parties hereby stipulate and agree that defendant Somaly Siv shall be liable for restitution in the amount of $82,164.84, and that any restitution owed to the victim, Target at Target AP Recovery, 23046 Avenida de la Carlota, Suite #600, Laguna Hills, CA 92653, is owed jointly and severally with any co-defendant who has been ordered to pay restitution to the same victim.

5. The parties also agree that the amount of restitution set forth in this Stipulation is supported by a preponderance of the evidence.

6. Defendant further agrees to pay restitution as set forth herein.

7. Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California. Pursuant to 18 U.S.C. § 3664(k), the defendant also understands that she must notify the Court and the Attorney General of any material change in her economic circumstances that might affect her ability to pay restitution.

8. The parties further agree that payment of restitution during Defendant's imprisonment should be through the Bureau of Prisons Inmate Financial Responsibility Program.

9. The parties will separately provide to the Probation Office an itemized list of the amounts due to respective victims and the victims' addresses.

IT IS SO STIPULATED.

Dated: October 23, 2017
PHILLIP A. TALBERT
United States Attorney

By: /s/ ROSANNE RUST
ROSANNE RUST
ANDRÉ ESPINOSA
Assistant United States Attorneys

Dated: October 23, 2017

/s/ MICHAEL CHASTAINE
MICHAEL CHASTAINE
Attorney for Defendant Somaly Siv

STIPULATION AND ORDER REGARDING RESTITUTION        2

**ORDER**

The Court has reviewed the Stipulation of the parties for an order holding defendant Somaly Siv liable for restitution in the amount of $82,164.84. Based on that stipulation and the defendant's obligation to pay restitution pursuant to 18 U.S.C. § 3663A, the Court finds good cause to enter an order holding Somaly Siv liable for restitution in the amount of $82,164.84. The defendant shall pay restitution in the amount of $82,164.84, and any restitution owed to the victim, Target at Target AP Recovery, 23046 Avenida de la Carlota, Suite #600, Laguna Hills, CA 92653, is owed jointly and severally with any co-defendant who has been ordered to pay restitution to the same victim.

Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California. Payment of restitution during the defendant's imprisonment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.

Pursuant to 18 U.S.C. § 3664(k), the defendant must notify the Court and the Attorney General of any material change in her economic circumstances that might affect her ability to pay restitution.

The parties are further ordered to provide the Probation Office within 7 days of this Order an itemized list of the victims, victims' addresses, and amounts owing to each victim. The hearing set for Thursday, October 26, 2017, in this case is hereby vacated.

**SO ORDERED.**

Dated: October 25, 2017

_____
Troy L. Nunley
United States District Judge